**Opinion filed December 15, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00320-CR

_____

## DAYSHAUN JAQUAN HENRY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 22949-B**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. Appellant requests that we withdraw his notice of appeal and dismiss this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.


December 15, 2022                                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.